UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINO HERNANDEZ,<br>Petitioner<br>v.<br>CLARK DUCART, Warden,<br>Respondent. | Case No. CV 14-8928-AG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: JUNE 26, 20.7

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE